**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
|       Plaintiff, | Case No. 2:10-cr-329 |
| v. | Judge Peter C. Economus |
| **JULIE MORENO,** | ORDER |
|       Defendant. | |

    There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 24) that the plea agreement and Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the indictment, on which Defendant is hereby adjudged guilty.

    **IT IS SO ORDERED.**


                                       **/s/ Peter C. Economus  -  May 11, 2011**
                                       **UNITED STATES DISTRICT JUDGE**